ACCEPTED
06-14-00193-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/27/2015 4:50:56 PM
DEBBIE AUTREY
CLERK

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/27/2015 4:50:56 PM
DEBBIE AUTREY
Clerk

**JAMES OLSEN** §
   **Appellant**

V. § CASE NO. 06-14-00193-CR
         TRIAL COURT NO. 13-0315x

THE STATE OF TEXAS
   Appellee §

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, JAMES OLSEN , the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

### I.

The Appellant in this cause was convicted in the 71st District Court, Harrison County, Texas in cause number 13-0315x for the offense of Credit Card or Debit Card Abuse. On July 15, 2014, punishment was assessed at five (5) years in the State Jail.

### II.

The Reporter's record was filed on November 18, 2014. The Appellant's Brief is due on or about February 27, 2015.

### III.

The Appellant hereby requests an extension of time to file Appellant's Brief.

With the greatest apologies, this counsel submits that the actual work on this case has been done; due to the wintry weather we have experienced this week my staff has been unable to finalize the brief for submission. We therefore seek and extension, but only through the

weekend, to March 2, 2015.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional three (03) days, to March 2, 2015.

RESPECTFULLY SUBMITTED,


__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 02-27-15

__/s/ Clement Dunn_____
Attorney for Appellant

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

**JAMES OLSEN**  §
    **Appellant**

V.                        §        CASE NO. 06-14-00193-CR
                                       TRIAL COURT NO. 13-0315x

THE STATE OF TEXAS
       Appellee                  §

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Motion for Extension of Time to File Appellant's

Brief.  After consideration of the same, it is the opinion of the Court that Appellant's Motion be:

( )      GRANTED, and the present cause is hereby extended until _____,

         2015.

( )      DENIED, to which ruling the Appellant excepts.

( )      SET FOR HEARING ON THE _____ day of _____, 2015, at

         _____ o'clock_____.

SIGNED:

                                 _____
                                 JUDGE PRESIDING